UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARTIN R. KLINGEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:04-cv-154-DFH-VSS |
| | ) |
| SKIP BARBER RACING SCHOOL LLC, | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

This matter having been tried to the court on December 19, 2005, and the court having stated its findings of fact and conclusions of law on the record, it is hereby ORDERED ADJUDGED AND DECREED that plaintiff Martin R. Klingeman recover from defendant Skip Barber Racing School, LLC the sum of Eighty Thousand Dollars ($80,000.00) plus costs.

Date:   12/19/05

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

-2-

Copies to:

J. Lawrence Blades
General Counsel of Skip Barber Racing School, LLC
29 Brook Street
P.O. Box 1629
Lakeville, CT 06039

Norman T. Funk
HILL FULWIDER MCDOWELL FUNK & MATTHEWS
tom@hfmfm.com

Steven D. Groth
BOSE MCKINNEY & EVANS
sgroth@boselaw.com

Alan S. Townsend
BOSE MCKINNEY & EVANS LLP
atownsend@boselaw.com